COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Kenneth Montgomery
Pro-Se
P. O. Box 2017
Lake Charles LA 70602

**REHEARING ACTION: June 30, 2010**

**Docket Number: 10   00478-KH**

**STATE OF LOUISIANA
VERSUS
KENNETH MONTGOMERY**

**Writ Application from Calcasieu Parish Case No. 17525-08**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Sylvia R. Cooks
> Hon. Billy Howard Ezell
> Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth W. Montgomery** has this day been

> **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent